IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PCSC, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>    Defendants. | Case _____<br><br>DECLARATION OF MELANIE K. ST ANGELO<br><br>**(DIVERSITY)** |

## **DECLARATION OF MELANIE K. ST ANGELO**

I, Melanie K. St Angelo, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am the Secretary for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. ("Longs"). I make this Declaration in support of Longs' Notice of Removal. All of the information set forth herein is based on my personal knowledge, or upon information and belief where stated.

2. Longs is a California limited liability company with its principal place of business in Rhode Island. Attached hereto as Exhibit 3 is a true and correct copy of the Statement of Information for Longs Drug Stores California, L.L.C.

filed on August 8, 2024, with the State of California, Office of the Secretary of State.

3. The sole member of Longs is LONGS DRUG STORES, L.L.C. ("LDS"), a Maryland limited liability company with its principal place of business and company headquarters in Rhode Island. Attached hereto as Exhibit 4 is a true and correct copy of the Statement of Information for LDS filed on September 11, 2024, with the State of California, Office of the Secretary of State.

4. The sole member of LDS is CVS PHARMACY, INC., a Rhode Island corporation with its principal place of business and corporate headquarters in Rhode Island. Attached hereto as Exhibit 5 is a true and correct copy of the Statement of Information for CVS Pharmacy, Inc. filed on August 12, 2024, with the State of California, Office of the Secretary of State.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Woonsocket, Rhode Island on  November 5, 2024

_____
MELANIE K. ST ANGELO