IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PCSC, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | Case _____<br><br>DECLARATION OF NATHAN H. YOSHIMOTO |

## **DECLARATION OF NATHAN H. YOSHIMOTO**

I, NATHAN H. YOSHIMOTO, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am the principal of Yoshimoto Law Group, A Limited Liability Law Company, and am one of the attorneys for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. ("Longs") in the above-captioned matter.

2. I have personal knowledge of the facts contained within this Declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed on October 3, 2024 ("Complaint") in the Circuit Court of the First

{08313-1001-00090345-4}

Circuit, State of Hawaii, in Civil No. 1CCV-24-0001407 ("State Court Action"). Upon information and belief and based on the Return and Acknowledgement of Service filed in the State Court Action on October 16, 2024 as Dkt. 9, Longs was served with the Complaint through its agent for service of process on October 11, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Business Information for PCSC, LLC, downloaded on October 29, 2024 from the website of the Department of Commerce and Consumer Affairs, State of Hawaii. Upon information and belief, Plaintiff's sole member is a citizen of the State of Hawai'i.

5. Attached hereto as Exhibit 6 is a true and correct copy of the Order Setting Scheduling Conference filed in the State Court Action on October 25, 2024 as Dkt. 13.

6. Attached hereto as Exhibit 7 is a true and correct copy of the Return and Acknowledgment of Service ("Return") filed in the State Court Action on October 16, 2024 as Dkt. 9. The Return indicates that Longs was served with the Complaint and Summons on October 11, 2024 through its service agent, CT Corporation System.

\\
\\
\\

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaiʻi, November 6, 2024.

/s/ Nathan H. Yoshimoto
NATHAN H. YOSHIMOTO