EXHIBIT "2"

# DCCA State of Hawaii

Downloaded on October 29, 2024.
The information provided below is not a certification of good standing and does not constitute any other certification by the State.
Website URL: http://hbe.ehawaii.gov/documents

## Business Information

| | |
|---|---|
| MASTER NAME | PCSC, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company (LLC) |
| FILE NUMBER | 2254 C5 |
| STATUS | Active |
| ORGANIZED IN | Hawaii UNITED STATES |
| REGISTRATION DATE | Dec 22, 1998 |
| MAILING ADDRESS | 1000 BISHOP ST STE 810<br>HONOLULU, Hawaii 96813<br>UNITED STATES |
| TERM | AT-WILL |
| MANAGED BY | MEMBER(S) |
| AGENT NAME | DUANE K. KURISU |
| AGENT ADDRESS | 1000 BISHOP ST STE 810<br>HONOLULU, Hawaii 96813<br>UNITED STATES |

## Annual Filings

| FILING YEAR | DATE RECEIVED | STATUS |
|---|---|---|
| 2024 | Oct 17, 2024 | Processed |
| 2023 | Oct 16, 2023 | Processed |
| 2022 | Oct 12, 2022 | Processed |
| 2021 | Oct 19, 2021 | Processed |
| 2020 | Oct 15, 2020 | Processed |
| 2019 | Oct 9, 2019 | Processed |
| 2018 | Oct 4, 2018 | Processed |
| 2017 | Oct 4, 2017 | Processed |
| 2016 | Oct 17, 2016 | Processed |
| 2015 | Oct 1, 2015 | Processed |
| 2014 | Oct 2, 2014 | Processed |
| 2013 | Oct 4, 2013 | Processed |
| 2012 | Oct 3, 2012 | Processed |
| 2011 | Oct 17, 2011 | Processed |
| 2010 | Oct 7, 2010 | Processed |
| 2009 | Oct 2, 2009 | Processed |
| 2008 | Oct 15, 2008 | Processed |
| 2007 | Oct 17, 2007 | Processed |
| 2006 | Oct 9, 2006 | Processed |
| 2005 | Oct 6, 2005 | Processed |
| 2004 | Nov 19, 2004 | Processed |
| 2003 | Nov 26, 2003 | Processed |
| 2002 | | Not Required |
| 2001 | Apr 1, 2002 | Processed |

**EXHIBIT "2"**

| | |
|---|---|
| 2000 | Processed |
| 1999 | Processed |

## Officers

| NAME | OFFICE | DATE |
|---|---|---|
| KURISU,DUANE K (TR) | MEM | Dec 31, 1999 |