EXHIBIT "3"

BA20241444477

B2954-7510 08/08/2024 1:22 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20241444477
Date Filed: 8/8/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | LONGS DRUG STORES CALIFORNIA, L.L.C. |
| Entity No. | 200830410129 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 818 WEST 7TH STREET<br>LOS ANGELES, CA 90017 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Longs Drug Stores L.L.C. | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Retail Pharmacy |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| THOMAS S MOFFATT | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

| Labor Judgment |
|---|
| No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code. |

**EXHIBIT "3"**

Page 1 of 2

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Natalie Pickens*                                    *08/08/2024*
Signature                                            Date

B2954-7511 08/08/2024 1:22 PM Received by California Secretary of State