EXHIBIT "4"





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**
**-FILED-**
File No.: BA20241630699
Date Filed: 9/11/2024

BA20241630699

B3031-7564 09/11/2024 11:09 AM Received by California Secretary of State

| Entity Details | |
|---|---|
| Limited Liability Company Name | LONGS DRUG STORES, L.L.C. |
| Entity No. | 200831810027 |
| Formed In | MARYLAND |
| **Street Address of Principal Office of LLC** | |
| Principal Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| **Mailing Address of LLC** | |
| Mailing Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Attention | |
| **Street Address of California Office of LLC** | |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| CVS Pharmacy Inc. | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |
| **Type of Business** | |
| Type of Business | Holding Company |
| **Email Notifications** | |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| THOMAS S MOFFATT | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

**Labor Judgment**
No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**EXHIBIT "4"**

Page 1 of 2

| Electronic Signature | |
|---|---|
| ☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Kelly Lettmann* | *09/11/2024* |
| Signature | Date |

B3031-7565 09/11/2024 11:09 AM Received by California Secretary of State