EXHIBIT "5"

 
BA20241459216

B2962-4506  08/12/2024 12:28 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20241459216
Date Filed: 8/12/2024

**Entity Details**

| | |
|---|---|
| Corporation Name | CVS PHARMACY, INC. |
| Entity No. | 2543240 |
| Formed In | RHODE ISLAND |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | ONE CVS DRIVE, WOONSOCKET, RI 02895 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | ONE CVS DRIVE, WOONSOCKET, RI 02895 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Carol A. DeNale | ONE CVS DRIVE, WOONSOCKET, RI 02895 | Chief Executive Officer, Chief Financial Officer |
| Thomas S. Moffatt | ONE CVS DRIVE, WOONSOCKET, RI 02895 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| ☐ Thomas S. Moffatt | 1 CVS DRIVE, WOONSOCKET, RI 02895 |
| ☐ Carol A. DeNale | 1 CVS DRIVE, WOONSOCKET, RI 02895 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | Healthcare Company |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

EXHIBIT "5"

Page 1 of 2

B2962-4507 08/12/2024 12:28 PM Received by California Secretary of State

| | |
|---|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Melanie K. St Angelo*  *08/12/2024*

Signature                                                                 Date