EXHIBIT "6"

Of Counsel:

LUNG ROSE VOSS & WAGNILD

ADRIAN L. LAVARIAS    8578-0
Attorney at Law
A Law Corporation
KIRA J. GOO    11519-0
700 Bishop Street, #900
Topa Financial Center
Honolulu, Hawaii 96813
Tel: (808) 523-9000
Email: alavarias@legalhawaii.com
       kgoo@legalhawaii.com

Attorneys for Plaintiff
PCSC, LLC

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0001407**
**25-OCT-2024**
**03:30 PM**
**Dkt. 13 OSSC**

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| PCSC, LLC,<br><br>                  Plaintiff,<br><br>vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>                  Defendants. | ) CIVIL NO. 1CCV-24-0001407 (SMK)<br>) (Contract)<br>)<br>) ORDER SETTING SCHEDULING<br>) CONFERENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Judge: Honorable Shirley M. Kawamura<br>) No Trial Date Set.<br>)<br>) |

1356093.1

# EXHIBIT "6"

## ORDER SETTING SCHEDULING CONFERENCE

(READ THIS ORDER CAREFULLY)

IT IS HEREBY ORDERED that the parties shall appear (check one):

[ ]  In person

[ x ]  Video Conference

for a scheduling conference on December 17, 2024 at 8:30 a.m. before the Honorable Shirley M. Kawamura, pursuant to Rule 16(b) of the Hawaii Rules of Civil Procedure (HRCP) and Rule 12(a) of the Rules of the Circuit Courts of the State of Hawaii (RCCH).

1. Lead trial counsel and self-represented parties are required to attend.

2. **In person** conferences are held in the judge's courtroom located at _____

(insert address).

Please be prompt and inform the Law Clerk of your presence. **Video conferences** are conducted via **Zoom**. Parties are instructed to read the court's Zoom Video Conferencing Instructions for Attorneys and Other Participants filed in this case to participate in a video conference.

3. The parties are reminded that a meeting of the parties must occur at least 21 days before the scheduling conference. The parties must confer in good faith on the following:

- The basis of their claims and defenses;
- Possibilities for promptly settling or resolving the case;
- Initial disclosures as required by HRCP 26(a)(1);
- Assignment of the case to an expedited or non-expedited track under HRCP 16.1;
- Issues about preserving discoverable information; and

- A proposed discovery plan as required by HRCP 26(f)(3) and RCCH 12(a)(6)(C).

HRCP 26(f); RCCH 12(a)(6). The parties are expected to review the applicable court rules which set forth in detail the information the parties are required to discuss.

4. A joint report of the parties outlining the parties' discovery plan must be filed within 14 calendar days after the meeting of the parties. HRCP 26(f); RCCH 12(a)(6)(B).

5. Each party shall file a scheduling conference statement in accordance with RCCH 12(a)(7) no later than 7 calendar days before the scheduling conference.

6. Plaintiff(s) is(are) required to promptly serve this Order on all parties who have been served with the complaint, but who have not yet appeared in this case. Plaintiff(s) must also serve this Order on all unrepresented parties who are not JEFS Users and who have not consented to electronic service.

7. Failure to comply with either any part of this Order or to attend the scheduling conference may result in sanctions (including fines, dismissal, entry of default, and an award of attorneys' fees and costs). RCCH 12(l).

DATED: Honolulu, Hawaii, *October 25, 2024*.



*/s/ Shirley M. Kawamura*
JUDGE OF THE ABOVE-ENTITLED COURT,

*PCSC, LLC v. Longs Drug Stores California, L.L.C.;* Civil No. 1CCV-24-0001407; ORDER SETTING SCHEDULING CONFERENCE

2

1356093.1

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| PCSC, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>           Defendants. | CIVIL NO. 1CCV-24-0001407 (SMK)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following party via United States Mail, postage prepaid, at their last known address:

LONGS DRUG STORES CALIFORNIA, L.L.C.
c/o CT Corporation System
900 Fort Street Mall, Suite 1680
Honolulu, Hawaii 96813

Defendant

DATED: Honolulu, Hawaii, October 25, 2024.

                                            */s/ Kira J. Goo*
                                            ADRIAN L. LAVARIAS
                                            KIRA J. GOO

                                            Attorneys for Plaintiff
                                            PCSC, LLC

1356093.1