EXHIBIT "7"

| STATE OF HAWAIʻI<br>CIRCUIT COURT OF THE<br>**FIRST** CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | **Electronically Filed<br>FIRST CIRCUIT<br>1CCV-24-0001407<br>16-OCT-2024<br>12:51 PM<br>Dkt. 9 ROS** |
|---|---|---|

CASE NUMBER

**1CCV-24-0001407**

CASE NAME

**PCSC, LLC vs. LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10**

DOCUMENTS SERVED: Complaint; Summons

_____
_____
_____
_____

I, Sheriff/Police Officer of the State of Hawaiʻi do hereby certify that I received a certified copy of the documents listed above and that I served the same on  Longs Drug Stores California, L.L.C.
                                                                                                    (name of party)
on    10/11/24    at    1:35 PM    at _____
        (date)                            (time)
  900 FORT STREET MALL STE 1680, HONOLULU HI 96813    within the State of Hawaiʻi as follows:
                                    (address)

❏ PERSONAL:  By delivering to and leaving with _____ , personally.

❏ SUBSTITUTE:  [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____ , a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

❏ SUBSTITUTE:  [HRCP 4(d) (1) (B)] I served above-named defendant through _____ authorized agent to receive service of process for said defendant.

☒ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On  LONGS DRUG STORES CALIFORNIA, L.L.C.
                                                                                          (name of business/corp/entity)
C/O CT CORPORATION SYSTEM  by serving through    JO BYRNE ,
                                                                              (name of person served)
_____ , who is the    SERVICE AGENT    and authorized agent
                                                                    (postition/title)
of said Business/Corporation/Governmental Entity.

❏ GARNISHMENT:  I served _____ through_____
                                            (name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
      (name of person served)

❏ NOT FOUND:  After due and diligent search and inquiry, I am unable to find _____ .
                                                                                                      (name of party)

**EXHIBIT "7"**

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>**FIRST**     CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

**1CCV-24-0001407**

CASE NAME

**PCSC, LLC vs. LONGS DRUG STORES CALIFORNIA,
L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE
CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and
DOE ENTITIES 1-10**

Attorney (Name, I.D. No., Address, Phone)
Adrian L. Lavarias (8578-0) | Kira J. Goo (11519-0)
Lung Rose Voss & Wagnild, 700 Bishop Street, Suite 900, Honolulu, HI 96813
Tel: (808) 523-9000

| Date:<br>10/14/24 | Sheriff/Police Officer (type or print)<br>TAD OIE, CIVIL PROCESS SERVER | Signature |
|---|---|---|

| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br>_____<br>IN _____ , HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |
|---|---|---|

### ACKNOWLEDGMENT OF SERVICE

REFUSED TO SIGN DUE TO COMPANY POLICY
_____
(signature of person served)          (date)          (time)

RG-AC-508 (10/19)                                          RETURN AND ACKNOWLEDGMENT OF SERVICE  1C-P-022