IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PCSC, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Case_____<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a file-marked copy of the foregoing document was duly served *electronically via CM/ECF*, as follows:

ADRIAN L. LAVARIAS, ESQ.
KIRA J. GOO, ESQ.
Lung Rose Voss & Wagnild
745 Fort Street, Suite 801
Honolulu, Hawaiʻi 96813

Attorneys for Plaintiff
PCSC, LLC

DATED: Honolulu, Hawai'i, November 6, 2024.

| | |
|---|---|
| YOSHIMOTO LAW GROUP<br>A Limited Liability Law Company | */s/ Nathan H. Yoshimoto*<br>NATHAN H. YOSHIMOTO<br>WESLEY D. SHIMAZU<br>ALLAN S. CHING<br><br>Attorneys for Defendant<br>LONGS DRUG STORES<br>CALIFORNIA, L.L.C. |